UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

UNITED STATES OF AMERICA

    - v. -

NOORUDDIN DASHTI,
MUSTAFA KAMAL,
    a/k/a "Naka Kamal,"
ATIQUR SUJON,
    a/k/a "Sujon LNU,"
MOHAMMED S. ALOM,
    a/k/a "Abdul Hye,"
    a/k/a "Abdul Hadi,"
    a/k/a "Abdul H. Mohammed,"
MUHAMMED MISBAUDDIN,
    a/k/a "Misba LNU,"
ALAMGIR LNU,
    a/k/a "Monirul Rahman,"
    a/k/a "Mohammed M. Hassan,"
FNU LNU,
    a/k/a "Gordo LNU,"
    a/k/a "Marco Antonio Barreto,"

        Defendant.

ORDER

12 Cr. 563

----------------------------------------

    Upon the application of the United States of America by Micah Smith, Assistant United States Attorney, it is hereby ORDERED that the Indictment in this matter, 12 Cr. 563, be unsealed. This case is designated Wheel B.

Dated: New York, New York
       August 30, 2012

_____
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/12